82,173-02    9-1-2015
W11-55238-W(A)
WR-82,173-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

Honorable Judge Sharon Keller

I am Gregory McAllister 1899662 a texas inmate currently incarcerated at the Hutchins state jail facility located in Dallas Tx. 75241. My case # is WR-82,173-02. Previously you issued an order requesting that all transcripts be forwarded to your court for the disposition of my case. I have been dealing with Dallas County for more than 1 yr. with this matter. Dallas County's Clerk never responds to any of my letters nor motions which are filed nor due they respond to an orders that you issue, they are very insubordinate. Is there a certain amount of time allowed before you take action and justice is served, Or do I continue to wait on Dallas County." My rights were violated" and they will continue to be violated as long as I sit in the penitentiary. All I'm asking for is for my relief to be granted, which is a "fair trial" and an effective lawyer to represent me. It has been 30 days since your last order was issued and there has been no response. Thanks for your time and consideration

Sincerely Yours
Gregory McAllister 1899662
1500 E. Langden Rd
Hutchins State Jail BF34
Dallas Tx. 75241